UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAURA IOVANELLA, <br><br> Plaintiff, <br><br> v. <br><br><br> GENENTECH INC., <br><br> Defendant. | Civ. Action No. 09-1024 (KSH) <br><br><br><br> **ORDER** |

**Katharine S. Hayden, U.S.D.J.**

For the reasons stated in the written opinion of the Court filed herewith,

It is on this 30th day of December 2010,

**Ordered** that defendant's motion for summary judgment [D.E. 37] is **granted**.

The remaining counts of plaintiff's complaint [D.E. 2] are ordered **dismissed**.

The Clerk of the Court is directed to close this file.

/s/Katharine S. Hayden

Katharine S. Hayden, U.S.D.J.